IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )   No. CR. S 03-514 FCD
                               )
            Plaintiff,         )
                               )
       v.                      )
                               )
JOHN ALLEN BREECE,             )
                               )
            Defendant.         )
_____)
```

    1.   Good cause having been shown, the government's request for an extension of time to file its opposition brief is granted.

    2.   The government's shall file its opposition brief on or before February 23, 2006.

    3.   The movant's reply, if any, shall be filed and served within 30 days of service of respondent's opposition.

    IT IS SO ORDERED.

DATED:   January 9, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1