# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-03-0514-FCD-CMK |
| Respondent, | CIV S-05-1231-FCD-CMK |
| vs. | ORDER |
| JOHN ALAN BREECE, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, brings this motion to correct or set aside a criminal judgment pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 7, 2006, the magistrate judge filed findings and recommendations herein which were served on movant and which contained notice to movant that any objections to the findings and recommendations were to be filed within ten days. Movant has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2006, are adopted in full;

2. Movant's motion pursuant to 28 U.S.C. § 2255 is denied; and

3. The Clerk of the Court is directed to close companion civil case no. CIV S-05-1231-FCD-CMK.

DATED: August 17, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge