PROB 35A

**Order Terminating Term of Supervision
Prior to Expiration Date--Notice of Death**



FILED
DEC 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

United States of America )
)
vs. )
) Docket Number: 2:03CR00514 FCD
BREECE, John Alan )
)

On August 9, 2004, the above-named defendant was sentenced to 87 months Bureau of Prisons and 36 months of supervision. On May 11, 2007, our office was notified, that John Alan Breece was confirmed dead by FCI - Lompoc on May 11, 2007 (attached is a copy of the notification).
It is accordingly recommended that this case be closed.

Respectfully submitted,

**KAREN A. MEUSLING
Supervising United States Probation Officer**

**ORDER OF COURT**

It is ordered that this case be closed this 29th day of December, 2008.

Frank C. Damrell, Jr.
United States District Judge

Attachment

cc:  Assistant United States Attorney
     Restitution Accounts - Victims
     Clerks Office - Financial
     Flu Unit - AUSA

Rev. 7/98
PROB35A.MRG

06/12/07 TUE 09:17 FAX 805 735-**98    STARBUCK LIND FH    @001

# CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. Name of Decedent — First | JOHN |
| 2. Middle | ALAN |
| 3. Last | BRUCE |
| 4. Date of Birth | 06/02/1947 |
| 5. Age | 59 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | X YES |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 05/11/2007 |
| 8. Hour (24 Hours) | 0315 |
| 13. Education | SOME COLLEGE |
| 14/15. Hispanic/Latino | YES / X NO |
| 16. Decedent's Race | WHITE |
| 17. Usual Occupation | PIPING DESIGNER/DRAFTSMAN |
| 18. Kind of Business or Industry | ENGINEERING |
| 19. Years in Occupation | 17 |
| 20. Decedent's Residence | 3901 KLEIN BLVD. |
| 21. City | LOMPOC |
| 22. County/Province | SANTA BARBARA |
| 23. Zip Code | 93436 |
| 24. Years in County | 1 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | U.S. PENITENTIARY RECORDS |
| 27. Informant's Mailing Address | 3901 KLEIN BLVD., LOMPOC, CA, 93436 |
| 28. Name of Surviving Spouse/SRDP — First | DIANA |
| 30. Last (Birth Name) | FREE |
| 31. Name of Father/Parent — First | WARREN |
| 32. Middle | WILBUR |
| 33. Last | BRUCE |
| 34. Birth State | US-UNK |
| 35. Name of Mother/Parent — First | BERNICE |
| 37. Last (Birth Name) | TABOR |
| 38. Birth State | CA |
| 39. Disposition Date | 05/14/2007 |
| 40. Place of Final Disposition | RES. OF DAUGHTER, 16677 STAR RD., NAMPA, IDAHO 83687 |
| 41. Type of Disposition(s) | CR/TR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | STARBUCK-LIND MORTUARY |
| 45. License Number | FD1244 |
| 101. Place of Death | LOMPOC HEALTH CARE DISTRICT |
| 102. If Hospital | X IP |
| 104. County | SANTA BARBARA |
| 105. Facility Address | 508 E. HICKORY AVE. |
| 106. City | LOMPOC |

## 107. Cause of Death

| | | |
|---|---|---|
| Immediate Cause (A) | SEPSIS | HOURS |
| Sequentially (B) | BRONCHITIS | DAYS |
| Underlying (C) | ESOPHAGEAL CANCER | MONTHS |

108. Death Reported to Coroner? X YES — C-07-0460
109. Biopsy Performed? X YES
110. Autopsy Performed? X NO
111. Used in Determining Cause? X NO

112. Other Significant Conditions Contributing to Death: CIRRHOSIS, DIABETES

113. Was Operation Performed: SURGICAL FEEDING TUBE PLACEMENT 05/08/2007

114. Physician Certification — Decedent Attended Since:
(A) 09/21/2006   (B) 05/10/2007

116. Attending Physician: LAWRENCE S RIEMER, MD, 691 EAST OCEAN SUITE 7, LOMPOC, 93436
116. License Number: A026067
117. Date: 05/14/2007

| State Registrar | A | B | C | D | E | FAX AUTH # | CENSUS TRACT |
|---|---|---|---|---|---|---|---|
| | 1 | 42 | 2 | | | 264624 | 002601 |